## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ERIN A. HUNTER (#111799)**  **CIVIL ACTION**

**VERSUS**

**HAROLD STERLING, ET AL.**  **NO. 08-0835-JVP-DLD**

### O R D E R

This matter comes before the Court on the plaintiff's Motion to for Additional Discovery, rec.doc.no. 46.

By Order dated June 17, 2009, the Court limited the parties to the filing of ten (10) interrogatories, ten (10) requests for admission, and five (5) requests for production of documents. See rec.doc.no. 9.  Pursuant to this Order, the plaintiff filed written discovery on August 12, 2009. A review of this written discovery reflects that the plaintiff has not yet exceeded his allowable discovery.  Specifically, as related to the interrogatories for example, although the plaintiff directed a total of ten (10) interrogatories to the defendants in toto, no more than three (3) of these interrogatories are directed to any individual defendant.  In the Court's view, inasmuch as there are multiple defendants in this case, it is appropriate that the plaintiff be allowed to address his allowable discovery requests to each defendant.  Accordingly, inasmuch as the plaintiff has not exceeded his allowable discovery relative to any defendant,

**IT IS ORDERED** that the plaintiff's Motion to for Additional Discovery, rec.doc.no. 46, be and it is hereby **DENIED**.

Signed at Baton Rouge, Louisiana, on November, 24, 2009.

**MAGISTRATE JUDGE DOCIA L. DALBY**