UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIN A. HUNTER

VERSUS                                    CIVIL ACTION NO.: 08-835-JVP-DLD

HAROLD STERLING, ET AL

## RULING ON MOTION TO DISMISS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 1, 2010 (doc. 78). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss (doc. 15) is hereby **GRANTED**, dismissing the plaintiff's claims against the defendants, with prejudice, and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 31ST, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA